■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAPHAEL MARTINEZ, Also Known as MANUEL ALVAREZ, Appellant. [698 NYS2d 860] —Judgment, Supreme Court, Bronx County (Harold Silverman, J., at suppression hearing; Barbara Newman, J., at jury trial and sentence), rendered February 27, 1998, convicting defendant of criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of 5 years, unanimously affirmed.

Defendant's suppression motion was properly denied. We see no reason to disturb the court's credibility determinations as to the propriety of the officers' stop of the livery cab and as to their plain-view observation of a pistol from a lawful vantage point.

We have considered and rejected defendant's remaining claims. Concur—Ellerin, P. J., Rosenberger, Nardelli, Mazzarelli and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE BRADY, Appellant. [698 NYS2d 859] —Judgment, Supreme Court, Bronx County (Robert Cohen, J.), rendered on or about September 24, 1997, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Ellerin, P. J., Rosenberger, Nardelli, Mazzarelli and Friedman, JJ.